FILED
11/24/20 4:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: : | |
| : | Case No. 20-20425-GLT |
| VIDEOMINING CORPORATION, : | Chapter 11 |
| Debtor. : | |
| : | |
| VIDEOMINING CORPORATION, : | |
| Plaintiff, : | Adv. Proc. No. 20-02134-GLT |
| : | Related Dkt. No. 1 |
| v. : | |
| MONSTER BEVERAGE CORPORATION, : | |
| Defendant. : | |

## ORDER TO SHOW CAUSE

This matter came before the Court upon the *Complaint* [Dkt. No. 1] filed by VideoMining Corporation against Monster Beverage Corporation. The Clerk of Court issued a *Summons in an Adversary Proceeding* (the "Summons") and *Pretrial Order* on September 2, 2020, providing that any answer to the *Complaint* was due on or before October 2, 2020 and any motion for default judgment should be filed on or before October 13, 2020. On September 30, 2020, the Court approved a *Consent Order* extending the answer deadline to October 29, 2020 [Dkt. No. 9]. On November 2, 2020, the Court approved a second request to extend the deadline to file an answer to November 5, 2020.

The docket indicates that no answer was filed and the Plaintiff failed to file a *Motion for Default Judgment*. Thus, the Court is unable to conclude the *Complaint*.

**AND NOW**, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

(1)   A Show Cause Hearing is scheduled for *December 17, 2020 at 11:00 A.M.* via Zoom Video Conference. At which time Counsel will show cause why the above captioned adversary proceeding should not be dismissed for failure to prosecute. All parties wishing to appear at the Video Conference Hearing must pre-register by submitting a registration form via the link published on Judge Taddonio's website by no later than **4 p.m. on the business day** prior to the scheduled hearing.  Because the registration form is **unique to each hearing date**, participants must register using the link that corresponds to the correct hearing date.

(2)    Any response to this *Order* shall be filed with the Clerk of Court on or before *December 11, 2020*.

(3)   The Court may vacate this *Order* in the event that Plaintiff voluntarily dismisses the *Complaint* or, alternatively, files a motion for default judgment.

Dated:  November 24, 2020

GREGORY L. TADDONIO  hct
UNITED STATES BANKRUPTCY JUDGE

cm:
Debtor